**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-6432
_____

ANTHONY LEO WHITE,

                  Plaintiff - Appellant,

          v.

DAVID HOYLE, N.C. Department of Revenue Secretary; CALE
JOHNSON, Supervisor N.C. DOR Unauthorized Substances Tax
Division; DAVID WARLICK, Agent N.C. DOR Unauthorized
Substances Tax Division; DONNIE DELLINGER, Burke Co.
Narcotics Task Force Investigator; RICK HASSON, Sgt. Burke
County Narcotics Task Force,

                  Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Robert J. Conrad,
Jr., Chief District Judge.  (1:11-cv-00117-RJC)

_____

Submitted:  July 24, 2012          Decided:  August 2, 2012

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Leo White, Appellant Pro Se.  David Dalton Lennon,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina; Christopher J. Geis, WOMBLE CARLYLE SANDRIDGE & RICE,
PLLC, Winston-Salem, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Leo White appeals the district court's order dismissing for lack of jurisdiction his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See White v. Hoyle, No. 1:11-cv-00117-RJC (W.D.N.C. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED